FREDERICK P. FORSTER, Respondent, *v.* CHARLES E. MOORE
et al., Appellants.

*Forster* v. *Moore,* 79 Hun, 472, affirmed.
(Argued May 6, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the first judicial department, entered July
30, 1894, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term.

*Robert J. Robeson* for appellants.

*Henry A. Forster* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT and MARTIN, JJ., not voting,
and PARKER, Ch. J., not sitting.

---

MICHAEL B. KENNEY, Appellant, *v.* THE SECOND AVENUE
RAILROAD COMPANY, Respondent.

*Kenney* v. *Second Avenue R. R. Co.,* 89 Hun, 340, affirmed.
(Argued May 13, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the first judicial department, entered
November 2, 1895, affirming a judgment in favor of defend-
ant entered upon a nonsuit directed by the court on trial at
Circuit.

*Thomas P. Wickes* for appellant.

*Charles F. Brown* and *John T. Little, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.